RECEIVED
USDC, WESTERN DISTRICT OF LA
ROBERT H. SHEMWELL, CLERK
DATE 8/14/07

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
### LAKE CHARLES DIVISION

| | |
|---|---|
| FREDDIE B. COLEMAN | CIVIL ACTION NO. 2:07-CV-00594 |
| VERSUS | JUDGE MELANÇON |
| UNITED STATES OF AMERICA, ET. AL. | MAGISTRATE JUDGE METHVIN |

## JUDGMENT

The Court is in receipt of United States Magistrate Judge Mildred E. Methvin's Report and Recommendation [Rec. Doc. 7]. The Court, after having conducted an independent review of the record, including the objections filed by petitioner [Rec. Doc.11], has determined that the findings and recommendations are correct under the applicable law. Therefore, for the reasons stated in Judge Methvin's Report and Recommendation, it is

**ORDERED** that this Petition for Judicial Review be **DENIED** and **DISMISSED WITH PREJUDICE**.

Thus done and signed in Lafayette, Louisiana, this 13th day of August, 2007.

_____
Tucker L. Melançon
United States District Judge